United States District Court
Southern District of Texas
**ENTERED**
March 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS SARASOLA TAMAYO, | § | |
| | § | |
| Petitioner, | § | |
| | § | CIVIL ACTION NO. 4:26-cv-01485 |
| v. | § | |
| | § | |
| WARDEN, Houston Contract Detention | § | |
| Facility, *et al.*, | § | |
| | § | |
| Respondents. | § | |

## ORDER

The petitioner, through counsel, has filed an Emergency Motion to Enforce Court Order, For Sanctions, and for Facilitation of Return. (Dkt. No. 9). It is **ORDERED** that the respondents must file a response to the emergency motion (Dkt. No. 9) within three days of the date of this Order.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on March 24, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge