United States District Court
Southern District of Texas
**ENTERED**
April 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS MICHAEL SARASOLA TAMAYO, | § § § | |
| Petitioner, | § § | CIVIL ACTION NO. 4:26-cv-01485 |
| v. | § § § | |
| WARDEN, Houston Contract Detention Facility, *et al.*, | § § § | |
| Respondents. | § § | |

## ORDER OF DISMISSAL

The Court held a hearing in this matter on April 6, 2026.  For the reasons stated on the record at the hearing, the petitioner's Emergency Motion to Enforce Court Order, For Sanctions, and For Facilitation of Return (Dkt. No. 9) is **DENIED**.   The respondents' Opposed Motion for Leave to File Response to Emergency Motion Out of Time (Dkt. No. 12) is **GRANTED**.   The petition for a writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. No. 1) is **DENIED without prejudice as moot**.  Any other pending motions are **DENIED** as moot.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on April 8, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge